UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SOUTHEASTERN MOTOR FREIGHT, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2398** |
| **DANNY PATRICK KEATING, JR., ET AL** | **SECTION "B"(3)** |

### ORDER

**IT IS ORDERED** that the Rule to Show Cause (Rec. Doc. 29) is **vacated as moot** in view of plaintiff's counsel's response to the Rule (Rec. Doc. 30). **Counsel is forewarned that this Court may not find excusable neglect for similar failed appearances in future proceedings in this matter.**

New Orleans, Louisiana this 22nd day of June, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE