**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SOUTHEASTERN MOTOR FREIGHT, INC | CIVIL ACTION |
| VERSUS | NO. 20-2398 |
| DANNY PATRICK KEATING, JR., DAMIAN K. LABEAUD AND MARIO SOLOMON | SECTION "B" (3) |

**ORDER**

Considering the plaintiff's Unopposed Motion to Lift Stay and Reset Trial (Rec. Doc. 32),

**IT IS ORDERED** that the motion (Rec. Doc. 32) is **DENIED WITHOUT PREJUDICE.**

Though the parties note that the three-week trial has concluded in *United States v. Harris, et al.*,

2:24-cr-00105 (E.D. La.), the Court questions the finality of the criminal proceedings given that

the parties have not addressed whether sentencing has occurred or the possibility of appeals. The

parties may reurge the motion upon addressing the questions noted herein.

New Orleans, Louisiana, this 9th day of June 2026

_____

SENIOR UNITED STATES DISTRICT JUDGE